The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BAGLEY,<br><br>Defendant. | NO. CR12-090 RAJ<br><br>**ORDER DISMISSING SUPERVISED RELEASE PETITION** |

The Court, having considered the United States' Motion to Dismiss the Supervised Release Petition, finds good cause to dismiss the pending Petition alleging two violations of Richard Bagley's conditions of supervised release.

THEREFORE, IT IS ORDERED that the United States' Motion (Dkt. #79) is GRANTED and the Petition issued on February 13, 2017, is hereby DISMISSED, the evidentiary revocation hearing set for June 29, 2018 is STRICKEN, and Richard Bagley's current term of supervised release shall continue.

DATED this 22nd day of June, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

U.S. v. Bagley, CR12-090 RAJ
Order to Dismiss Petition Alleging
Violations of Supervised Release Conditions - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970